UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOMAS DURAN, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-04-500 |
| | § | |
| CITY OF CORPUS CHRISTI, | § | |
| | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

In accordance with this Court's Order Granting Defendant's Motion for Summary Judgment, the Court hereby enters final judgment dismissing this action.

Signed on the 11th day of July, 2006.

_____
Janis Graham Jack
United States District Judge